UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MACARI,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THE CITY OF NEW YORK, JAY VARMA,<br>  and TANYA MEISENHOLDER,<br><br>                    Defendants. | 25-cv-26 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendants, who are citizens of New York, removed this case from the Supreme Court of the State of New York on January 2, 2025, asserting diversity jurisdiction under 28 U.S.C. § 1332. *See* Dkt. 1. By January 10, 2025, defendants should file a letter explaining why removal isn't barred here by the forum defendant rule, which provides that a suit "otherwise removable solely on the basis of . . . [diversity of citizenship] may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought," 28 U.S.C. § 1441(b)(2), or file a consent to remand.

      SO ORDERED.

Dated: January 3, 2025
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                             United States District Judge