

*Muriel Goode-Trufant*
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*SONYA GIDUMAL CHAZIN*
*Senior Counsel*
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

January 10, 2025

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street; Courtroom 15A
New York, New York 10007

Re:  John Macari v. City of New York, et al.
     Docket No.: 25-cv-00026 (AS)

Dear Judge Subramanian:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York and Jay Varma in the above-captioned proceeding. I write in response to the Court's Order of January 3, 2025 to withdraw the Notice of Removal filed January 2, 2025 (ECF DKT No. 1), and respectfully request that the case be remanded to state court.

I thank the Court for its consideration of this request.

Respectfully Submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc:  Jimmy Wagner, Esq., (via email)